JOHN C. TALTY, PLAINTIFF-RESPONDENT, v. BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF THE CITY OF HOBOKEN, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Argued November 19, 1951—Decided November 30, 1951.

Before Judges JACOBS, BIGELOW and COLIE.

*Mr. Thomas J. Brogan* argued the cause for appellant.

*Mr. Maurice C. Brigadier* argued the cause for respondent (*Mr. Joseph P. Hanrahan,* attorney).

PER CURIAM. The judgment under appeal is affirmed for the reasons stated in the opinion of the court below which is reported in 11 *N. J. Super.* 123 (*Law Div.* 1950).